UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. RANDY J. COMEAUX | CIVIL ACTION |
| VERSUS | NO.  10-494 |
| W&T OFFSHORE, INC., ET AL. | SECTION  "N"  (2) |

### **O R D E R**

        Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be submitted to the hearing judge eight days prior to the date set for submission of the motion.  No memorandum in opposition to the following motion set for submission on Wednesday, October 2, 2013, has been filed to date:

**Defendant W&T Offshore, Inc.'s<br>Motion to Dismiss Amended Complaint  (Rec. Doc. No. 61)**

Accordingly, given that the motion is unopposed, and appears to have merit, for the reasons stated by W&T Offshore, Inc.,  **IT IS ORDERED** that the motion is hereby **GRANTED,** and that Relator Randy Comeaux's claims against W&T Offshore, Inc., are **DISMISSED WITH PREJUDICE**.

        A motion for reconsideration of this Order, if any, must be filed within fourteen (14) days of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by opposition memorandum to the original motion.  Because a motion for reconsideration would not

have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

    New Orleans, Louisiana, this 5th day of November 2013.

                                    KURT D. ENGELHARDT
                                    UNITED STATES DISTRICT JUDGE